Debtor   Utah Trailways Charter Bus Company, LLC
         Name

Case number *(if known)*

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number *(if known):* _____   Chapter __11__

☐ Check if this is an
amended filing

---

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's Name** | **Utah Trailways Charter Bus Company, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | n/a |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-3705893 |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2745 W. California Avenue** | **12530 NE 144th Street** |
| Number        Street | Number        Street |
| **Salt Lake City      Utah      84104** | **Kirkland      WA      98034** |
| City        State        Zip Code | City        State        Zip Code |
| **Davis** | **Location of principal assets, if different from principal place of business** |
| County | Number        Street |
| | City        State        Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.maverickgaming.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

---

Debtor  Utah Trailways Charter Bus Company, LLC                    Case number *(if known)* _____
_____Name_____

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7132 (Gambling Industries)**_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the **Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11** (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes    District _____ When _____ Case number _____
                                    MM/DD/YYYY

         District _____ When _____ Case number _____
                                    MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes    Debtor   **See Attached Rider 1**_____   Relationship _____

         District _____

         When:   **07/14/2025**
                 MM / DD / YYYY

         Case number, if known _____

Debtor   __Utah Trailways Charter Bus Company, LLC_____   Case number *(if known)* _____
         Name

| 11. Why is the case filed in *this* district? | Check all that apply: |
|---|---|

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number       Street

_____

_____   _____   _____
City                                State    Zip Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name       _____

          Phone              _____

---

| | Statistical and administrative information |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors***

***Consolidated for all Debtors.**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☒ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets***

***Consolidated for all Debtors.**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities***

***Consolidated for all Debtors.**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Utah Trailways Charter Bus Company, LLC                    Case number *(if known)*  _____
_____Name_____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

  I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __07/14/2025__
                         MM/ DD / YYYY

✗   __/s/ Jeff Seery__                                         __Jeff Seery__
      Signature of authorized representative of debtor            Printed name

Title   __Chief Restructuring Officer__

**18. Signature of attorney**

✗   __/s/  Timothy A. ("Tad") Davidson II__              Date   __07/14/2025__
      Signature of attorney for debtor                                  MM/DD/YYYY

__Timothy A. ("Tad") Davidson II__

__Hunton Andrews Kurth LLP__
Firm name

__600 Travis Street, Suite 4200__
Number                           Street

__Houston__                                              __TX__        __77002__
City                                                         State           ZIP Code

__(713) 220-4200__                                    __taddavidson@hunton.com__
Contact phone                                            Email address

__24012503__                              __TX__
Bar number                                State

## RIDER 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.  Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion with the Court requesting that their chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| Entity Name | Federal Employee Identification Number (EIN) |
|---|---|
| Maverick Elko LLC | 83-3205482 |
| Maverick NV LLC | 82-1309315 |
| Maverick Wendover LLC | 82-1841921 |
| CCI Leasing, LLC | 84-1412112 |
| Wendover Transportation, LLC | 83-0422308 |
| Utah Trailways Charter Bus Company, LLC | 45-3705893 |
| Casino Caravans, Inc. | 87-0429310 |
| Maverick Design LLC | 84-4038091 |
| E.GADS, LLC | 88-0386811 |
| Maverick Colorado LLC | 83-3187651 |
| Maverick Z Casinos LLC | 83-3169224 |
| Colorado MG 1031 LLC | N/A |
| Maverick Washington LLC | 83-3016436 |
| Maverick Gold LLC | 83-0985409 |
| Maverick Roman LLC | 83-3032272 |
| Maverick American LLC | 83-3056514 |
| Maverick Indianola LLC | N/A |
| Maverick Caribbean LLC | 83-3112229 |
| Maverick Wizards LLC | 84-2542856 |
| Maverick Evergreen LLC | 88-3756541 |
| Maverick All Star LLC | 84-4103098 |
| 15743 Ambaum LLC | 27-0758995 |
| Maverick Acquisitions Canada ULC | 98-1718671 |
| Myers LLC | 93-2004498 |
| Nevada Gold & Casinos, Inc | 88-0142032 |
| Skyway Center LLC | 84-4680124 |
| The Royal Club Limited Liability Company | 91-2022535 |
| Great American Gaming Corporation | 98-0219105 |

| Entity Name | Federal Employee Identification Number (EIN) |
| --- | --- |
| NG Washington II Holdings, LLC | 27-2667916 |
| NG Washington, LLC | 26-4298788 |
| NG Washington III, LLC | 45-2343811 |
| NG Washington II, LLC | 27-2282337 |
| Evergreen Entertainment Corporation | 91-1494511 |
| Grand Central Properties Tukwila LLC | 91-2131516 |
| Grand Central Casino, Inc. | 20-1185770 |
| Grans Central Properties Tacoma LLC | 47-0860942 |
| Pair O' Dice Investments LLC | 75-2998125 |
| Grand Central Properties Everett LLC | 82-0539310 |
| Washington Gaming, Inc. | 27-0005860 |
| 14040 Gaming, LLC | 80-0789091 |
| Gaming Consultants, Inc | 91-1978523 |
| Gaming Management, Inc | 84-1688364 |
| Puget Sound Gaming, LLC | 27-3306701 |
| Riverside Casino, Inc | 68-0508209 |
| Epstein Gaming LLC | 91-1926419 |
| La Center Gaming, LLC | 30-0843028 |
| Pete's Flying Aces, Inc. | 91-2137136 |
| Tacoma Casino, L.L.C. | 91-1933585 |
| Maverick Kirkland LLC | 84-2563815 |
| Maverick Kirkland II LLC | 84-2568874 |
| Maverick Tukwila LLC | 84-2585842 |
| Maverick Lakewood LLC | 84-2595886 |
| Maverick Yakima LLC | 84-2611372 |
| Wendover Resorts Operator, LLC | 82-1184532 |
| Red Garter Operator, LLC | 82-1154028 |
| Wendover Nugget Operator, LLC | 82-1140830 |
| Elko Resorts Operator, LLC | 83-2386721 |
| Gold County Operator, LLC | 83-2395657 |
| Red Lion Operator, LLC | 83-2409419 |
| High Desert Operator LLC | 85-2788033 |
| Colorado Resorts Operator LLC | 83-3073197 |
| Johnny Z Casino Operator LLC | 83-3094880 |
| Grand Z Casino Operator LLC | 83-3151280 |
| Z Casino Black Hawk Operator LLC | 83-3129123 |
| RunItOneTime LLC | 83-3358619 |
| Maverick Poker Operator LLC | 99-1183603 |
| RunItOneTime Texas LLC | 39-3167995 |
| RunItOneTime Holdco, Inc. | 33-2604154 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Utah Trailways Charter Bus Company, LLC, | Case No. 25-_____(____) |
| Debtor. | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Equity Interest Holder | Approximate Percentage of Equity Interests Held |
|---|---|
| Maverick Wendover LLC | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Utah Trailways Charter Bus Company, LLC, | ) | Case No. 25-_____(___) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "**Debtor**") respectfully represents that the following is the list of holders of the Debtor's sole class of equity or membership interests:

☐   There are no equity security holders or corporations that directly or indirectly own 10% or more  of any class of the Debtor's equity interest.

☒   The following are the Debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Place of Business of Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| Maverick Wendover LLC<br>2926 Montessouri Street<br>Las Vegas, Nevada 89117 | LLC Interest | 100% |

Fill in this information to identify the case:

Debtor name:  RunItOneTime LLC, _et al._

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor | Complete mailing address, and employee, agents, or department familiar with claim | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Project Evergreen WA LLC | Project Evergreen WA LLC Attn: Drew Wides 30 N LaSalle Street Chicago, IL 60602 | Project Evergreen WA LLC Attn: Drew Wides PHONE: (833) 695-5463 FAX: N/A EMAIL: drew.wides@blueowl.com | Rent | | | | $7,422,778.23 |
| 2 | Aristocrat Technologies Inc | Aristocrat Technologies Inc Attn: Setsuko Kennedy PO Box 849540 Los Angeles, CA 90084 | Aristocrat Technologies Inc Attn: Setsuko Kennedy PHONE: (702) 270-1000 FAX: (702) 270-1001 EMAIL: Amy.Holt@aristocrat.com | Gaming Participation & Equipment Fees | | | | $1,443,301.87 |
| 3 | AG Park Place LLC - Series 1 | AG Park Place LLC - Series 1 Attn: Brian Sherer 245 Park Avenue New York, NY 10167 | AG Park Place LLC - Series 1 Attn: Brian Sherer PHONE: (212) 692-2000 FAX: (212) 883-4141 EMAIL: bshearer@angelogordon.com | Rent | | | | $1,422,397.16 |
| 4 | Paladin Technologies Inc. | Paladin Technologies Inc. Attn: Jessica Duenas 13000 Gregg St Poway, CA 92064 | Paladin Technologies Inc. Attn: Jessica Duenas PHONE: (714) 940-1783 FAX: N/A EMAIL: jduenas@paladintechnologies.com | Information Technology | | | | $859,872.75 |
| 5 | KONE INC | KONE INC Attn: General Counsel P.O Box 102425 Pasadena, CA 91189 | KONE INC Attn: General Counsel PHONE: (630) 577-1650 FAX: N/A EMAIL: accountsreceivable.ssc@kone.com | Repairs & Maintenance | | | | $739,225.45 |
| 6 | Everi Games Inc | Everi Games Inc Attn: General Counsel PO Box 206206 Dallas, TX 75320 | Everi Games Inc Attn: General Counsel PHONE: (702) 855-3000 FAX: N/A EMAIL: accounts.receivable@everi.com | Gaming Participation & Equipment Fees | | | | $512,741.10 |
| 7 | Sysco Seattle | Sysco Seattle Attn: Gary Hogan PO Box 97054 Kent, WA 98064 | Sysco Seattle Attn: Gary Hogan PHONE: (206) 622-2261 FAX: N/A EMAIL: gary.hogan@sysco.com | Food & Beverage | | | | $471,675.95 |
| 8 | Sonesta RL Hotels Franchising, Inc. | Sonesta RL Hotels Franchising, Inc. Attn: Grenda Cabrera PO Box 830447 Philadelphia, PA 19182 | Sonesta RL Hotels Franchising, Inc. Attn: Grenda Cabrera PHONE: (617) 421-5400 FAX: N/A EMAIL: grenda.cabrera@sonesta.com | Advertising & Marketing | | | | $396,801.83 |
| 9 | Starbucks Corporation | Starbucks Corporation Attn: General Counsel PO Box 74008016 Chicago, IL 60674 | Starbucks Corporation Attn: General Counsel PHONE: (206) 447-1575 FAX: N/A EMAIL: ARInvoice@starbucks.com | Food & Beverage | | | | $335,926.80 |
| 10 | Gibson, Dunn & Crutcher LLP | Gibson, Dunn & Crutcher LLP Attn: Jeanette Krise 333 South Grand Ave Los Angeles, CA 90071 | Gibson, Dunn & Crutcher LLP Attn: Jeanette Krise PHONE: (213) 229-7000 FAX: (213) 229-7520 EMAIL: jkrise@gibsondunn.com | Professional Services | | | | $300,000.00 |
| 11 | City of Shoreline | City of Shoreline Attn: General Counsel PO Box 84226 Seattle, WA 98124 | City of Shoreline Attn: General Counsel PHONE: (206) 801-2230 FAX: (206) 546-7868 EMAIL: mking@shorelinewa.gov | Tax | | | | $270,575.04 |
| 12 | King County Treasury | King County Treasury Attn: General Counsel 201 S Jackson St #710 Seattle, WA 98104 | King County Treasury Attn: General Counsel PHONE: (206) 296-4290 FAX: (206) 296-7345 EMAIL: Assessor.info@kingcounty.gov | Tax | | | | $269,067.97 |
| 13 | Littler Mendelson PC | Littler Mendelson PC Attn: General Counsel 333 Bush St San Francisco, CA 94104 | Littler Mendelson PC Attn: General Counsel PHONE: (415) 433-1940 FAX: N/A EMAIL: mmccollough@littler.com | Professional Services | | | | $247,837.62 |
| 14 | Davon Evans DBA Cleanco Bins, LLC | Davon Evans DBA Cleanco Bins, LLC Attn: Davon Evans 4547 Rainier Ave So Seattle, WA 98118 | Davon Evans DBA Cleanco Bins, LLC Attn: Davon Evans PHONE: (206) 698-2467 FAX: N/A EMAIL: cleancobins@gmail.com | Repairs & Maintenance | | | | $225,225.00 |

| Name of creditor | Complete mailing address, and employee, agents, or department familiar with claim | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | if the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 RxBenefits, Inc. | RxBenefits, Inc.<br>Attn: Serena Brooks<br>3700 Colonnade Parkway<br>Birmingham, AL 35243 | RxBenefits, Inc.<br>Attn: Serena Brooks<br>PHONE: (205) 980-8384<br>FAX: (205) 980-2354<br>EMAIL: sbrooks@rxbenefits.com | Payroll & Benefits | | | | $220,640.63 |
| 16 Sunic's Inc. DBA Sun Food Trading Co | Sunic's Inc. DBA Sun Food Trading Co<br>Attn: General Counsel<br>4715 6th Ave. S<br>Seattle, WA 98108 | Sunic's Inc. DBA Sun Food Trading Co<br>Attn: General Counsel<br>PHONE: (206) 682-8823<br>FAX: N/A<br>EMAIL: joe@sunfoodtrading.com | Food & Beverage | | | | $207,510.57 |
| 17 City of Central | City of Central<br>Attn: General Counsel<br>PO Box 249<br>Central City, CO 80427 | City of Central<br>Attn: General Counsel<br>PHONE: (303) 582-5251<br>FAX: (303) 582-3424<br>EMAIL: ada@cityofcentral.co | Tax | | | | $197,762.19 |
| 18 IGT | IGT<br>Attn: Kyle Salasky<br>9295 Prototype Drive<br>Reno, NV 89521 | IGT<br>Attn: Kyle Salasky<br>PHONE: (866) 777-8448<br>FAX: 31 (0)20 258 9701<br>EMAIL: Maribel.ManzanoRuiz@IGT.com;<br>kyle.salasky@IGT.com | Gaming Participation & Equipment Fees | | | | $197,669.80 |
| 19 Sysco Intermountain | Sysco Intermountain<br>Attn: Gary Hogan<br>PO BOX 190<br>West Jordan, UT 84084 | Sysco Intermountain<br>Attn: Gary Hogan<br>PHONE: (801) 563-6300<br>FAX: N/A<br>EMAIL: gary.hogan@sysco.com | Food & Beverage | | | | $197,248.64 |
| 20 Harris Manufacturing Inc | Harris Manufacturing Inc<br>Attn: General Counsel<br>9143 Phillips Hwy<br>Ste 420<br>Jacksonville, FL 32256-1381 | Harris Manufacturing Inc<br>Attn: General Counsel<br>PHONE: N/A<br>FAX: N/A<br>EMAIL: scott@HarrisMfg.com | Repairs & Maintenance | | | | $192,759.55 |
| 21 Swire Pacific Holdings, Inc. DBA Swire Coca-Cola, USA | Swire Pacific Holdings, Inc.<br>DBA Swire Coca-Cola, USA<br>Attn: General Counsel<br>PO Box 3743<br>Seattle, WA 98214-3734 | Swire Pacific Holdings, Inc. DBA Swire Coca-Cola, USA<br>Attn: General Counsel<br>PHONE: (800) 497-2042<br>FAX: (801) 816-5368<br>EMAIL: swirearsupport@swirecc.com | Food & Beverage | | | | $184,863.82 |
| 22 Jefder Maintenance Services Inc | Jefder Maintenance Services Inc<br>Attn: General Counsel<br>2345 Wander St<br>Chula Vista, CA 91915-2415 | Jefder Maintenance Services Inc<br>Attn: General Counsel<br>PHONE: N/A<br>FAX: N/A<br>EMAIL: efren.delgado@ssijefder.com | Repairs & Maintenance | | | | $174,126.00 |
| 23 TekLinks Inc DBA C Spire Business | TekLinks Inc DBA C Spire Business<br>Attn: Kelly Luber<br>PO Box 748168<br>Atlanta, GA 30374 | TekLinks Inc DBA C Spire Business<br>Attn: Kelly Luber<br>PHONE: (601) 255-0098<br>FAX: N/A<br>EMAIL: kjsmith@cspire.com;<br>Kluber@cspire.com | Information Technology | | | | $171,489.11 |
| 24 Kuo Kau Paper Products Co., Ltd | Kuo Kau Paper Products Co., Ltd<br>Attn: Angel Otsuka<br>No. 31, Tien Shui Road<br>Taipei City,  10350<br>Taiwan | Kuo Kau Paper Products Co., Ltd<br>Attn: Angel Otsuka<br>PHONE: 886-2-25595668<br>FAX: 886-2-25595668<br>EMAIL: Angel@queenplayingcard.com | Supplies | | | | $168,512.44 |
| 25 Galaxy Gaming, Inc | Galaxy Gaming, Inc<br>Attn: General Counsel<br>Dept N811<br>Salt Lake City, UT 81430 | Galaxy Gaming, Inc<br>Attn: General Counsel<br>PHONE: (702) 939-3254<br>FAX: N/A<br>EMAIL: info@galaxygaming.com | Gaming Participation & Equipment Fees | | | | $167,925.51 |
| 26 Interblock USA LC | Interblock USA LC<br>Attn: Marie Magdaleno<br>PO Box 511636<br>Los Angeles, CA 90051-8191 | Interblock USA LC<br>Attn: Marie Magdaleno<br>PHONE: (702) 260-1384<br>FAX: N/A<br>EMAIL:<br>marie.magdaleno@interblockgaming.com | Gaming Participation & Equipment Fees | | | | $167,441.79 |
| 27 Sysco Denver | Sysco Denver<br>Attn: Gary Hogan<br>PO Box 5566<br>Denver, CO 80217 | Sysco Denver<br>Attn: Gary Hogan<br>PHONE: (303) 298-0997<br>FAX: (303) 480-3994<br>EMAIL: gary.hogan@sysco.com | Food & Beverage | | | | $154,505.15 |
| 28 Pierce County Assessor-Treasurer DBA Pierce County Finance | Pierce County Assessor-Treasurer<br>DBA Pierce County Finance<br>Attn: Mike Lonergan<br>PO Box 11621<br>Tacoma, WA 98411-6621 | Pierce County Assessor-Treasurer DBA Pierce County Finance<br>Attn: Mike Lonergan<br>PHONE: (253) 798-7285<br>FAX: (253) 798-6699<br>EMAIL: pcbudget@co.pierce.wa.us | Tax | | | | $136,683.64 |
| 29 City of Mountlake Terrace | City of Mountlake Terrace<br>Attn: General Counsel<br>PO Box 3694<br>Seattle, WA 98124 | City of Mountlake Terrace<br>Attn: General Counsel<br>PHONE: (425) 776-1161<br>FAX: (425) 775-0420<br>EMAIL: businesslicense@mltwa.gov | Tax | | | | $108,785.61 |
| 30 Canon Financial Services, Inc | Canon Financial Services, Inc<br>Attn: General Counsel<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | Canon Financial Services, Inc<br>Attn: General Counsel<br>PHONE: (800) 220-0330<br>FAX: (856) 813-5122<br>EMAIL: atsivilashvili@cfs.canon.com | Information Technology | | | | $106,096.61 |

Fill in this information to identify the case and this filing:

Debtor Name  Utah Trailways Charter Bus Company, LLC

United States Bankruptcy Court for the:          Southern District of Texas
                                                                                    (State)
Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets-Real and Personal Property *(Official Form 206A/B)*

☐  Schedule D: Creditors Who Have Claims Secured by Property *(Official Form 206D)*

☐  Schedule E/F: Creditors Who Have Unsecured Claims *(Official Form 206E/F)*

☐  Schedule G: Executory Contracts and Unexpired Leases *(Official Form 206G)*

☐  Schedule H: Codebtors *(Official Form 206H)*

☐  Summary of Assets and Liabilities for Non-Individuals *(Official Form 206Sum)*

☐  Amended Schedule _____

☒  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒  Other document that requires a declaration **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **07/14/2025** | ☒ */s/ Jeff Seery* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Jeff Seery** |
| | Printed name |
| | **Chief Restructuring Officer** |
| | Position or relationship to debtor |

## UNANIMOUS WRITTEN CONSENT
## OF THE APPROVING PARTY OF
## EACH COMPANY LISTED BELOW

July 14, 2025

The undersigned, being (a) all the members of the Special Committee (as defined below), (b) the sole member, and/or (c) the sole manager (in each case, an "***Approving Party***" and, collectively, the "***Approving Parties***"), of the following corporations, limited liability companies, and unlimited liability companies:

Maverick Entities

(1) RunItOneTime HoldCo, Inc., a Washington corporation;
(2) RunItOneTime LLC, a Washington limited liability company;
(3) RunItOneTime Texas LLC, a Texas limited liability company;
(4) Maverick Washington LLC, a Nevada limited liability company;
(5) Maverick Colorado LLC, a Nevada limited liability company;
(6) Maverick NV LLC, a Nevada series limited liability company;
(7) Maverick Design LLC, a Nevada limited liability company;
(8) Maverick Gold LLC, a Nevada limited liability company;
(9) Maverick Roman LLC, a Nevada limited liability company;
(10) Maverick American LLC, a Nevada limited liability company;
(11) Maverick Indianola LLC, a Nevada limited liability company;
(12) Maverick Caribbean LLC, a Nevada limited liability company;
(13) Maverick Wizards LLC, a Nevada limited liability company;
(14) Maverick Evergreen LLC, a Nevada limited liability company;
(15) Maverick All Star LLC, a Nevada limited liability company;
(16) Maverick Z Casinos LLC, a Nevada limited liability company;
(17) Maverick Elko LLC, a Nevada limited liability company;
(18) Maverick Wendover LLC, a Nevada limited liability company;
(19) E.GADS, LLC, a Nevada limited liability company;
(20) Nevada Gold & Casinos, Inc., a Nevada corporation;
(21) Skyway Center LLC, a Washington limited liability company;
(22) The Royal Club Limited Liability Company, a Washington limited liability company;
(23) Great American Gaming Corporation, a Washington corporation;
(24) 15743 Ambaum LLC, a Washington limited liability company;
(25) Maverick Acquisitions Canada ULC, a British Columbia unlimited liability company;
(26) Myers LLC, a Washington limited liability company;
(27) Colorado MG 1031 LLC, a Colorado limited liability company;
(28) CCI Leasing LLC, a Utah limited liability company;
(29) Wendover Transportation LLC, a Nevada limited liability company;
(30) Utah Trailways Charter Bus Company, LLC, a Utah limited liability company;
(31) Casino Caravans, Inc., a Utah corporation;
(32) NG Washington II Holdings, LLC, a Delaware limited liability company;

(33)   Washington Gaming, Inc, a Washington corporation;
(34)   NG Washington, LLC, a Washington limited liability company;
(35)   NG Washington III, LLC, a Washington limited liability company;
(36)   NG Washington II, LLC, a Washington limited liability company;
(37)   Evergreen Entertainment Corporation, a Washington corporation;
(38)   Grand Central Casino, Inc, a Washington corporation;
(39)   Pair O'Dice Investments, LLC, a Washington limited liability company;
(40)   Grand Central Properties Tukwila LLC, a Washington limited liability company;
(41)   Grand Central Properties Tacoma LLC, a Washington limited liability company;
(42)   Grand Central Properties Everett LLC, a Washington limited liability company;
(43)   14040 Gaming, LLC, a Washington limited liability company;
(44)   Gaming Consultants, Inc, a Washington corporation;
(45)   Gaming Management, Inc, a Washington corporation;
(46)   Puget Sound Gaming, LLC, a Washington limited liability company;
(47)   Maverick Kirkland LLC, a Nevada limited liability company;
(48)   Maverick Kirkland II LLC, a Nevada limited liability company;
(49)   Maverick Tukwila LLC, a Nevada limited liability company;
(50)   Riverside Casino, Inc, a Washington corporation;
(51)   Epstein Gaming, LLC, a Washington limited liability company;
(52)   La Center Gaming, LLC, a Washington limited liability company;
(53)   Pete's Flying Aces, Inc., a Washington limited liability company;
(54)   Tacoma Casino, LLC, a Washington limited liability company;
(55)   Maverick Lakewood LLC, a Nevada limited liability company;
(56)   Maverick Yakima LLC, a Nevada limited liability company;
(57)   Maverick Poker Operator LLC, a Washington limited liability company;

Licensed Operator Affiliates

(58)   Wendover Resorts Operator, LLC, a Nevada limited liability company;
(59)   Elko Resorts Operator, LLC, a Nevada limited liability company;
(60)   Red Garter Operator, LLC, a Nevada limited liability company;
(61)   Wendover Nugget Operator, LLC, a Nevada limited liability company;
(62)   Gold Country Operator, LLC, a Nevada limited liability company;
(63)   Red Lion Operator, LLC, a Nevada limited liability company;
(64)   High Desert Operator LLC, a Nevada limited liability company;
(65)   Colorado Resorts Operator, LLC, a Nevada limited liability company;
(66)   Johnny Z Casino Operator LLC, a Nevada limited liability company;
(67)   Grand Z Casino Operator LLC, a Nevada limited liability company; and
(68)   Z Casino Black Hawk Operator LLC, a Nevada limited liability company;

(each such entity, a "***Filing Entity***" and, collectively, the "***Filing Entities***"), do hereby consent to, adopt and approve, ratify, and confirm by unanimous written consent, in each case pursuant to and in accordance with (a) the provisions of such Filing Entity's (i) articles of incorporation, certificate of formation, or other incorporation or formation document, as applicable, and (ii) bylaws, limited liability company agreement, or other operating agreement or document, as applicable (the "***Governing Documents***"); and (b) the applicable provisions of the applicable corporate or

2

business statute, as applicable, the following resolutions and authorize the taking of all actions contemplated thereby, as applicable (this "***Written Consent***"):

WHEREAS, the Approving Party of each Filing Entity has had the opportunity to consult with management and the legal and financial advisors of such Filing Entity to fully consider, and has considered, the strategic alternatives available to such Filing Entity;

WHEREAS, the board of directors or board of managers, as applicable, of certain Maverick Entities have previously each delegated to a special committee of the respective board (each, a "***Special Committee***"), sole and exclusive power and authority to, among other things, consider, evaluate, and negotiate various strategic alternatives for or on behalf of such entity and its respective subsidiaries, including, without limitation, an in-court or out-of-court restructuring or other transaction in an effort to preserve and to maximize the value of such entity and its assets;

WHEREAS, each Special Committee of the Maverick Entities and each manager of the Licensed Operator Affiliates has, with the assistance of management, the legal advisors, the financial advisors, and the investment bankers of the Filing Entities, considered the liabilities and liquidity of the Filing Entities, the strategic alternatives available to them, and the impact of the foregoing on the Filing Entities' businesses, and determined that the actions contemplated hereby are desirable and in the best interests of each Filing Entity, its respective creditors, and other parties in interest; and

**WHEREAS**, the Approving Party of each Filing Entity desires to adopt and approve the following resolutions.

## I.    <u>Commencement of Chapter 11 Cases</u>

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of each of the Approving Parties, it is desirable and in the best interests of each of the Filing Entities, their creditors, and other interested parties, that each of the Filing Entities seek relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"); and

FURTHER RESOLVED, that each Filing Entity is hereby authorized, and Jeff Seery (the "***Authorized Person***") shall be, and hereby is, authorized and directed on behalf of each Filing Entity to commence a case under chapter 11 of the Bankruptcy Code (a "***Chapter 11 Case***") by executing, verifying and delivering a voluntary petition in the name of such Filing Entity under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***") in such form and at such time as the Authorized Person executing said petition shall determine; and

FURTHER RESOLVED, that each Filing Entity is hereby authorized, and the Authorized Person shall be, and hereby is, authorized and directed on behalf of such Filing Entity, to seek to have its Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the Filing Entities under Chapter 11 of the Bankruptcy Code (each respective Chapter 11 Case, together with such other Chapter 11 Cases, collectively, the "***Chapter 11 Cases***"); and

**FURTHER RESOLVED,** that each Filing Entity is hereby authorized, and the Authorized Person shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of such Filing Entity, to execute, verify or file, or cause to be filed or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, lists, applications, pleadings and other documents, agreements and papers, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases; and

**FURTHER RESOLVED,** that each Filing Entity is hereby authorized, and the Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of such Filing Entity, to the extent applicable, to obtain debtor-in-possession financing and/or the use of cash collateral, in such amounts and on such terms as may be agreed by the Authorized Person, including the grant of replacement liens, as is reasonably necessary for the continuing affairs of such Filing Entity; and

## II.   <u>Debtor-in-Possession Financing</u>

**FURTHER RESOLVED,** that in connection with the Chapter 11 Case, the Approving Party of each Filing Entity has determined that it is in the best interests of each Filing Entity to consummate the transactions under that the proposed debtor-in-possession credit facility consisting of a term loan credit facility of up to $22,500,000, or such other amount as determined necessary by the Authorized Person in consultation with the Professionals (as defined below), on terms and conditions substantially similar to those set forth in the form of DIP Term Sheet, dated July 14, 2025 (the "***DIP Term Sheet***"), previously provided to each Filing Entity (with such changes as may be approved pursuant to the delegation set forth herein) subject to approval by the Bankruptcy Court, which is necessary and appropriate to conduct the business of each Filing Entity (the "***DIP Financing***"); and

**FURTHER RESOLVED,** that the Approving Party of each Filing Entity hereby delegates to the Authorized Person the authority to approve the form, terms, and provisions of the proposed credit agreement for the DIP Financing contemplated by the DIP Term Sheet (the "***DIP Credit Agreement***"), including the use of proceeds to provide liquidity for such Filing Entity throughout the Chapter 11 Case and such other uses as described in the DIP Term Sheet, any and all guarantees, security agreements, pledge agreements, reaffirmations, promissory notes, fee letters, escrow agreements, letters, notices, certificates, documents, and instruments authorized, executed, delivered, reaffirmed, verified, and filed, registered, or recorded in connection with the DIP Financing (collectively, the "***DIP Financing Documents***") or that may be necessary, appropriate, desirable, or advisable in connection with the DIP Credit Agreement and the transactions contemplated thereby or otherwise contemplated by the DIP Term Sheet and the DIP Credit Agreement or by any such other DIP Financing Document; and

**FURTHER RESOLVED,** that the Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of such Filing Entity, to cause such Filing Entity to enter into, execute, deliver, certify, file, and record, and perform the obligations arising under, the DIP Financing Documents, together with such other documents, agreements,

instruments, and certificates as may be required by the DIP Financing Documents, in accordance with the terms thereof; and

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, in the name and on behalf of such Filing Entity, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the DIP Financing Documents and any related documents or instruments which shall, in the Authorized Person's sole judgment, be necessary, proper, or advisable; and

## III.   Retention of Professionals

**RESOLVED**, that each Filing Entity is hereby authorized, and the Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the relevant Filing Entity, to employ and retain (a) Latham & Watkins LLP, as bankruptcy co-counsel, (b) GLC Advisors & Co., LLC and GLC Securities, LLC (together, "***GLC***"), as investment banker, (c) Triple P TRS, LLC, as restructuring advisor, (d) Hunton Andrews Kurth LLP, as bankruptcy co-counsel, (e) KPMG LLP, as tax advisor, and (f) Kroll Restructuring Administration LLC, as claims, noticing, and solicitation agent (collectively, the "***Professionals***"), in each case, in connection with the Chapter 11 Cases; and

**FURTHER RESOLVED**, that each Filing Entity is hereby authorized, and the Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of such Filing Entity, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms as may be deemed necessary or appropriate by the Authorized Person to assist each Filing Entity in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and

**FURTHER RESOLVED**, that each Filing Entity is hereby authorized, and the Authorized Person shall be, and hereby is, authorized and empowered, with full power of delegation, in the name and on behalf such Filing Entity, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

## IV.   General Authorization

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Person or any of the Professionals in connection with the Chapter 11 Cases or any proceedings or matters related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Filing Entities;

**FURTHER RESOLVED**, that any acts of each Filing Entity or of any person or persons designated and authorized to act by the Approving Party of each Filing Entity, including the Authorized Person, which acts would have been authorized by the foregoing resolutions except

that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted in all respects as acts in the name and on behalf of each Filing Entity;

**FURTHER RESOLVED**, that the Authorized Person is authorized and directed on behalf of the relevant Filing Entity to do or cause to be done, and to grant such powers of attorney as are necessary or desirable to do or be done on behalf of such Filing Entity or its subsidiaries, all such acts or things and to sign and deliver, or cause to be signed and delivered, all such agreements, documents, instruments and certificates, as such officer or officers may deem necessary, advisable or appropriate to effectuate or carry out the purposes and intent of the foregoing resolutions and to perform the obligations of such Filing Entity under the agreements and instruments referred to therein, with such execution and delivery of such agreements, documents, instruments or certificates to be conclusive evidence that the form, terms and provisions thereof have been approved by the Approving Parties;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed to take any and all further action that he deems necessary, proper, or advisable to carry out fully the intent and purposes of these resolutions.

\*            \*            \*

6

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**RUNITONETIME HOLDCO, INC.**
a Washington corporation

SPECIAL COMMITTEE:

By: _____
Steve McCall
Manager


By: _____
Lawrence Perkins
Manager


By: _____
Tobias Keller
Manager

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**RUNITONETIME LLC**
a Washington limited liability company

MEMBER:

RunItOneTime Holdco, Inc.,
a Washington corporation

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

MANAGER:

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

*[Signature Page to Written Consent of RunItOneTime LLC]*

By:

DocuSigned by:

_____
E9AEA7A5BE334A3

Tobias Keller
Manager

[*Signature Page to Written Consent of RunItOneTime LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**RUNITONETIME LLC**
as Sole Member of
**MAVERICK WASHINGTON LLC**
**MAVERICK COLORADO LLC**
**MAVERICK NV LLC**
**MAVERICK DESIGN LLC**


SPECIAL COMMITTEE

By:    *Steve McCall*
       ─────────────────────
       Steve McCall
       Manager


By:    *Lawrence Perkins*
       ─────────────────────
       Lawrence Perkins
       Manager


By:    ─────────────────────
       Tobias Keller
       Manager



**RUNITONETIME LLC**
as Manager of
**MAVERICK WASHINGTON LLC**
**MAVERICK COLORADO LLC**
**MAVERICK NV LLC**
**MAVERICK DESIGN LLC**



SPECIAL COMMITTEE

By:    *Steve McCall*
       ─────────────────────
       Steve McCall
       Manager


[*Signature Page to Written Consent of Maverick Washington LLC, Maverick Colorado LLC, Maverick NV LLC, and Maverick Design LLC*]

By:

Lawrence Perkins
Manager

By:

Tobias Keller
Manager

*[Signature Page to Written Consent of Maverick Washington LLC, Maverick Colorado LLC, Maverick NV LLC, and Maverick Design LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK WASHINGTON LLC**
as Sole Member of
**MAVERICK GOLD LLC**
**MAVERICK ROMAN LLC**
**MAVERICK AMERICAN LLC**
**MAVERICK INDIANOLA LLC**
**MAVERICK CARIBBEAN LLC**
**MAVERICK WIZARDS LLC**
**MAVERICK EVERGREEN LLC**
**MAVERICK ALL STAR LLC**

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager

By: _Lawrence Perkins_
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

**MAVERICK WASHINGTON LLC**
as Manager of
**MAVERICK GOLD LLC**
**MAVERICK ROMAN LLC**
**MAVERICK AMERICAN LLC**
**MAVERICK INDIANOLA LLC**
**MAVERICK CARIBBEAN LLC**
**MAVERICK WIZARDS LLC**
**MAVERICK EVERGREEN LLC**
**MAVERICK ALL STAR LLC**

[*Signature Page to Written Consent of Maverick Gold LLC, Maverick Roman LLC, Maverick American LLC, Maverick Indianola LLC, Maverick Caribbean LLC, Maverick Wizards LLC, Maverick Evergreen LLC, and Maverick All Star LLC*]

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: Steve McCall
    Steve McCall
    Manager

By: Lawrence Perkins
    Lawrence Perkins
    Manager

By: Tobias Keller
    Tobias Keller
    Manager

[*Written Consent of Maverick Gold LLC, Maverick Roman LLC, Maverick American LLC, Maverick Indianola LLC, Maverick Caribbean LLC, Maverick Wizards LLC, Maverick Evergreen LLC, and Maverick All Star LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK COLORADO LLC**
as Sole Member of
**MAVERICK Z CASINOS LLC**

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

**MAVERICK COLORADO LLC**
as Manager of
**MAVERICK Z CASINOS LLC**

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

*[Signature Page to Written Consent of Maverick Z Casinos LLC]*

By:   _____

Tobias Keller
Manager

[*Signature Page to Written Consent of Maverick Z Casinos LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK NV LLC**
as Sole Member of
**MAVERICK ELKO LLC**
**MAVERICK WENDOVER LLC**

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager

By: _Lawrence Perkins_
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

**MAVERICK NV LLC**
as Manager of
**MAVERICK ELKO LLC**
**MAVERICK WENDOVER LLC**

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager

By: _Lawrence Perkins_
Lawrence Perkins
Manager

[*Signature Page to Written Consent of Maverick Elko LLC and Maverick Wendover LLC*]

By: _____

Tobias Keller
Manager

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK DESIGN LLC**
as Sole Member of
**E.GADS, LLC**

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager

By: _Lawrence Perkins_
Lawrence Perkins
Manager

By: _Tobias Keller_
Tobias Keller
Manager

**MAVERICK DESIGN LLC**
as Manager of
**E.GADS, LLC**

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager

[*Signature Page to Written Consent of E.Gads, LLC*]

By:  _____
Lawrence Perkins
Manager


By:  _____
Tobias Keller
Manager

[*Signature Page to Written Consent of E.Gads, LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**NEVADA GOLD & CASINOS, INC.**
a Nevada corporation

SPECIAL COMMITTEE

By: _Steve McCall_
_____
Steve McCall
Manager

By: _Lawrence Perkins_
_____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

*[Signature Page to Written Consent of Nevada Gold & Casinos, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK ROMAN LLC**
as Sole Member of
**SKYWAY CENTER LLC**
**THE ROYAL CLUB LIMITED LIABILITY COMPANY**

By: Maverick Washington LLC, its Manager


By: RunItOneTime LLC, its Manager


SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager


**MAVERICK ROMAN LLC**
as Manager of
**SKYWAY CENTER LLC**
**THE ROYAL CLUB LIMITED LIABILITY COMPANY**

By: Maverick Washington LLC, its Manager


By: RunItOneTime LLC, its Manager


SPECIAL COMMITTEE

By: _____
Steve McCall

[*Signature Page to Written Consent of Skyway Center LLC and
The Royal Club Limited Liability Company*]

Manager

By: _____

Lawrence Perkins

Manager

By: _____

Tobias Keller

Manager

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**GREAT AMERICAN GAMING CORPORATION**
a Washington corporation


SPECIAL COMMITTEE

By: _____
Steve McCall
Manager


By: _____
Lawrence Perkins
Manager


By: _____
Tobias Keller
Manager


*[Signature Page to Written Consent of Great American Gaming Corporation]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK WIZARDS LLC**
as Sole Member of
**15743 AMBAUM LLC**

By: Maverick Washington LLC, its Manager


By: RunItOneTime, LLC, its Manager


SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager

By: _Lawrence Perkins_
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager


**MAVERICK WIZARDS LLC**
as Manager of
**15743 AMBAUM LLC**

By: Maverick Washington LLC, its Manager


By: RunItOneTime, LLC, its Manager


SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager


[*Signature Page to Written Consent of 15743 Ambaum LLC*]

By:  DocuSigned by:

*Lawrence Perkins*

55DE923E64D44A6

Lawrence Perkins
Manager


By:  DocuSigned by:

E9AEA7A5BE334A3

Tobias Keller
Manager

[*Signature Page to Written Consent of 15743 Ambaum LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**MAVERICK ACQUISITIONS CANADA ULC**
a British Columbia unlimited liability company

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

[*Signature Page to Written Consent of Maverick Acquisitions Canada ULC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK ALL STAR LLC**
as Sole Member of
**MYERS LLC**

By: Maverick Washington LLC, its Manager

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: Steve McCall
_698C44A5114240D_
Steve McCall
Manager

By: Lawrence Perkins
_55DE923E64D44A6_
Lawrence Perkins
Manager

By: _E9AEA7A5BE334A3_
Tobias Keller
Manager

**MAVERICK ALL STAR LLC**
as Manager of
**MYERS LLC**

By: Maverick Washington LLC, its Manager

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: Steve McCall
_698C44A5114240D_
Steve McCall

*[Signature Page to Written Consent of Myers LLC]*

Manager

By: _____

DocuSigned by:

*Lawrence Perkins*

55DE923E64D44A9...

Lawrence Perkins

Manager

By: _____

DocuSigned by:

E9AEA7A5BE334A3...

Tobias Keller

Manager

*[Signature Page to Written Consent of Myers LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Member, have executed this Written Consent as of the date first written above.

**COLORADO MG 1031 LLC**
a Colorado limited liability company

MEMBER:

Maverick Z Casinos LLC,
a Nevada limited liability company

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

MANAGER:

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

*[Signature Page to Written Consent of Colorado MG 1031 LLC]*

By: _____

DocuSigned by:

Tobias Keller

Manager

*[Signature Page to Written Consent of Colorado MG 1031 LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Member, have executed this Written Consent as of the date first written above.

**CCI LEASING LLC**
a Utah limited liability company


MEMBER:

Maverick Wendover LLC


SPECIAL COMMITTEE

By:    Steve McCall
        Steve McCall
        Manager


By:    Lawrence Perkins
        Lawrence Perkins
        Manager


By:    Tobias Keller
        Tobias Keller
        Manager


MANAGER:

SPECIAL COMMITTEE

By:    Steve McCall
        Steve McCall
        Manager


By:    Lawrence Perkins
        Lawrence Perkins
        Manager


*[Signature Page to Written Consent of CCI Leasing LLC]*

By:

_____
Tobias Keller
Manager

*[Signature Page to Written Consent of CCI Leasing LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Member, have executed this Written Consent as of the date first written above.

**WENDOVER TRANSPORTATION LLC**
a Nevada limited liability company

MEMBER:

Maverick Wendover LLC

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

MANAGER:

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

*[Signature Page to Written Consent of Wendover Transportation LLC]*

By: _____

Tobias Keller
Manager

[*Signature Page to Written Consent of Wendover Transportation LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Member, have executed this Written Consent as of the date first written above.

**UTAH TRAILWAYS CHARTER BUS COMPANY, LLC**
a Utah limited liability company

MEMBER:

Wendover Transportation LLC,
a Nevada limited liability company

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

MANAGER:

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

[*Signature Page to Written Consent of Utah Trailways Charter Bus Company, LLC*]

By: _____

Tobias Keller

Manager

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**CASINO CARAVANS, INC.**
a Utah corporation

SPECIAL COMMITTEE

By: _Steve McCall_
     698C44A51142560D
Steve McCall
Manager

By: _Lawrence Perkins_
     55DE9Z3E64D46A6
Lawrence Perkins
Manager

By: _____
     E8AEA7A5DE934A3
Tobias Keller
Manager

*[Signature Page to Written Consent of Casino Caravans, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**NEVADA GOLD & CASINOS, INC.**
as Sole Member of
**NG WASHINGTON II HOLDINGS, LLC**
**NG WASHINGTON, LLC**
**NG WASHINGTON III, LLC**

SPECIAL COMMITTEE

By: _Steve McCall_
698C4A45174240D
Steve McCall
Manager

By: _Lawrence Perkins_
55DE923E64D44A6
Lawrence Perkins
Manager

By: _____
69AEA7A6BE334A3
Tobias Keller
Manager

**NEVADA GOLD & CASINOS, INC.**
as Manager of
**NG WASHINGTON II HOLDINGS, LLC**
**NG WASHINGTON, LLC**
**NG WASHINGTON III, LLC**

SPECIAL COMMITTEE

By: _Steve McCall_
698C4A45174240D
Steve McCall
Manager

[*Signature Page to Written Consent of NG Washington II Holdings, LLC, NG Washington, LLC, and NG Washington III, LLC*]

By:

DocuSigned by:

*Lawrence Perkins*

Lawrence Perkins
Manager

By:

DocuSigned by:

Tobias Keller
Manager

[*Signature Page to Written Consent of NG Washington II Holdings, LLC, NG Washington, LLC, and NG Washington III, LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**NG WASHINGTON II HOLDINGS, LLC**
as Sole Member of
**NG WASHINGTON II, LLC**

By: Nevada Gold & Casinos, Inc., its Manager

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

**NG WASHINGTON II HOLDINGS, LLC**
as Sole Manager of
**NG WASHINGTON II, LLC**

By: Nevada Gold & Casinos, Inc., its Manager

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

[*Signature Page to Written Consent of NG Washington II, LLC*]

By: _____
Lawrence Perkins
Manager


By: _____
Tobias Keller
Manager

*[Signature Page to Written Consent of NG Washington II, LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**WASHINGTON GAMING, INC.**
a Washington corporation

SPECIAL COMMITTEE

By: _Steve McCall_ _____
C99C44A51142440D
Steve McCall
Manager


By: _Lawrence Perkins_ _____
55DE923E64D44A6
Lawrence Perkins
Manager


By: _____
E9AEA7A5BB704A3
Tobias Keller
Manager

*[Signature Page to Written Consent of Washington Gaming, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**EVERGREEN ENTERTAINMENT CORPORATION**
a Washington corporation

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager


By: _____
Lawrence Perkins
Manager


By: _____
Tobias Keller
Manager

*[Signature Page to Written Consent of Evergreen Entertainment Corporation]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**GRAND CENTRAL CASINO, INC.**
a Washington corporation

SPECIAL COMMITTEE

By: _____
    Steve McCall
    Manager

By: _____
    Lawrence Perkins
    Manager

By: _____
    Tobias Keller
    Manager

*[Signature Page to Written Consent of Grand Central Casino, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**GREAT AMERICAN GAMING CORPORATION**
as Sole Member of
**PAIR O' DICE INVESTMENTS LLC**
**GRAND CENTRAL PROPERTIES EVERETT LLC**
**GRAND CENTRAL PROPERTIES TACOMA LLC**
**GRAND CENTRAL PROPERTIES TUKWILA LLC**

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

**GREAT AMERICAN GAMING CORPORATION**
as Manager of
**PAIR O' DICE INVESTMENTS LLC**
**GRAND CENTRAL PROPERTIES EVERETT LLC**
**GRAND CENTRAL PROPERTIES TACOMA LLC**
**GRAND CENTRAL PROPERTIES TUKWILA LLC**

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

*[Signature Page to Written Consent of Pair O'Dice Investments LLC, Grand Central Properties Everett LLC, Grand Central Properties Tacoma, LLC, and Grand Central Properties Tukwila LLC]*

By:

DocuSigned by:

*Lawrence Perkins*

55DE923E64D44A6...

Lawrence Perkins
Manager

By:

DocuSigned by:

E9AEA7A5BE334A3...

Tobias Keller
Manager

[*Signature Page to Written Consent of Pair O'Dice Investments LLC, Grand Central Properties Everett LLC, Grand Central Properties Tacoma, LLC, and Grand Central Properties Tukwila LLC*]

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**WASHINGTON GAMING, INC.**
as Sole Member of
**14040 GAMING, LLC**
**PUGET SOUND GAMING, LLC**

SPECIAL COMMITTEE

By:  _Steve McCall_
    Steve McCall
    Manager

By:  _Lawrence Perkins_
    Lawrence Perkins
    Manager

By:  _[signature]_
    Tobias Keller
    Manager

**WASHINGTON GAMING, INC.**
as Manager of
**14040 GAMING, LLC**
**PUGET SOUND GAMING, LLC**

SPECIAL COMMITTEE

By:  _Steve McCall_
    Steve McCall
    Manager

By:  _Lawrence Perkins_
    Lawrence Perkins
    Manager

*[Signature Page to Written Consent of 14040 Gaming, LLC and Puget Sound Gaming, LLC]*

By: _____

Tobias Keller

Manager

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**GAMING CONSULTANTS, INC.**
a Washington corporation

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

*[Signature Page to Written Consent of Gaming Consultants, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**GAMING MANAGEMENT, INC.**
a Washington corporation

SPECIAL COMMITTEE

By: _____
    Steve McCall
    Manager

By: _____
    Lawrence Perkins
    Manager

By: _____
    Tobias Keller
    Manager

*[Signature Page to Written Consent of Gaming Management, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**MAVERICK CARIBBEAN LLC**
as Sole Member of
**MAVERICK KIRKLAND LLC**
**MAVERICK KIRKLAND II LLC**
**MAVERICK TUKWILA LLC**
**MAVERICK LAKEWOOD LLC**
**MAVERICK YAKIMA LLC**

By: Maverick Washington LLC, its Manager


By: RunItOneTime LLC, its Manager


SPECIAL COMMITTEE

By: _Steve McCall_
DB00444451140490
Steve McCall
Manager


By: _Lawrence Perkins_
55DE923E64D44A6
Lawrence Perkins
Manager


By: _Tobias Keller_
E93AEA7A58E534A3
Tobias Keller
Manager


**MAVERICK CARIBBEAN LLC**
as Manager of
**MAVERICK KIRKLAND LLC**
**MAVERICK KIRKLAND II LLC**
**MAVERICK TUKWILA LLC**
**MAVERICK LAKEWOOD LLC**
**MAVERICK YAKIMA LLC**

By: Maverick Washington LLC, its Manager


[*Signature Page to Written Consent of Maverick Kirkland LLC, Maverick Kirkland II LLC, Maverick Tukwila LLC, Maverick Lakewood LLC, and Maverick Yakima LLC*]

By: RunItOneTime LLC, its Manager

SPECIAL COMMITTEE

By: _Steve McCall_
    _____
    Steve McCall
    Manager

By: _Lawrence Perkins_
    _____
    Lawrence Perkins
    Manager

By: _____
    Tobias Keller
    Manager

*[Signature Page to Written Consent of Maverick Kirkland LLC, Maverick Kirkland II LLC, Maverick Tukwila LLC, Maverick Lakewood LLC, and Maverick Yakima LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**RIVERSIDE CASINO, INC.**
a Washington corporation

SPECIAL COMMITTEE

By: _____
Steve McCall
Manager

By: _____
Lawrence Perkins
Manager

By: _____
Tobias Keller
Manager

*[Signature Page to Written Consent of Riverside Casino, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**PUGET SOUND GAMING, LLC**
as Sole Member of
**LA CENTER GAMING, LLC**
**TACOMA CASINO L.L.C.**
**EPSTEIN GAMING, LLC**


By: Washington Gaming, Inc., its Manager


SPECIAL COMMITTEE

By: _Steve McCall_
Steve McCall
Manager


By: _Lawrence Perkins_
Lawrence Perkins
Manager


By: _____
Tobias Keller
Manager


**PUGET SOUND GAMING, LLC**
as Manager of
**LA CENTER GAMING, LLC**
**TACOMA CASINO L.L.C.**
**EPSTEIN GAMING, LLC**


By: Washington Gaming, Inc., its Manager


SPECIAL COMMITTEE

By: _Steve McCall_

*[Signature Page to Written Consent of La Center Gaming, LLC, Tacoma Casino L.L.C., Epstein Gaming, LLC]*

Steve McCall
Manager


By:

DocuSigned by:

*Lawrence Perkins*

35DE923E64D44A8

Lawrence Perkins
Manager


By:

DocuSigned by:

E8AEA7A5BE334A3

Tobias Keller
Manager


*[Signature Page to Written Consent of La Center Gaming, LLC, Tacoma Casino L.L.C.,
Epstein Gaming, LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee, have executed this Written Consent as of the date first written above.

**PETE'S FLYING ACES, INC.**
a Washington limited liability company

SPECIAL COMMITTEE

By: _Steve McCall_
     698G44A6144240D
     Steve McCall
     Manager

By: _Lawrence Perkins_
     55DE923E64D44A6
     Lawrence Perkins
     Manager

By: _Tobias Keller_
     E6AEA7A5BE334A3
     Tobias Keller
     Manager

*[Signature Page to Written Consent of Pete's Flying Aces, Inc.]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Member, have executed this Written Consent as of the date first written above.

**MAVERICK POKER OPERATOR LLC**
a Washington limited liability company


MEMBER:

RunItOneTime LLC
a Washington limited liability company


SPECIAL COMMITTEE

By: _Steve McCall_____
       Steve McCall
       Manager


By: _Lawrence Perkins_____
       Lawrence Perkins
       Manager


By: _____
       Tobias Keller
       Manager


MANAGER:


SPECIAL COMMITTEE

By: _Steve McCall_____
       Steve McCall
       Manager


By: _Lawrence Perkins_____
       Lawrence Perkins
       Manager


*[Signature Page to Written Consent of Maverick Poker Operator LLC]*

By: _____
Tobias Keller
Manager

*[Signature Page to Written Consent of Maverick Poker Operator LLC]*

IN WITNESS WHEREOF, the undersigned, in their capacity as members of the Special Committee and on behalf of the Sole Member, have executed this Written Consent as of the date first written above.

**RUNITONETIME TEXAS LLC**
a Texas limited liability company

MEMBER:

RunItOneTime LLC,
a Washington limited liability company

SPECIAL COMMITTEE

By: _____
    Steve McCall
    Manager

By: _____
    Lawrence Perkins
    Manager

By: _____
    Tobias Keller
    Manager

MANAGER:

SPECIAL COMMITTEE

By: _____
    Steve McCall
    Manager

By: _____
    Lawrence Perkins
    Manager

*[Signature Page to Written Consent of RunItOneTime Texas LLC]*

By: _____

Tobias Keller
Manager

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**WENDOVER RESORTS OPERATOR, LLC**
a Nevada limited liability company

MEMBER:

By: _____
Eric Persson
Manager


MANAGER:

By: _____
Eric Persson
Manager

*[Signature Page to Written Consent of Wendover Resorts Operator, LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**ELKO RESORTS OPERATOR, LLC**
a Nevada limited liability company

MEMBER:

By: _____
Eric Persson
Manager

MANAGER:

By: _____
Eric Persson
Manager

*[Signature Page to Written Consent of Elko Resorts Operator, LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**RED GARTER OPERATOR, LLC**
a Nevada limited liability company

MEMBER:

Wendover Resorts Operator, LLC
a Nevada limited liability company

By: _____
    Eric Persson
    Manager

MANAGER:

By: _____
    Eric Persson
    Manager

*[Signature Page to Written Consent of Red Garter Operator, LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**WENDOVER NUGGET OPERATOR, LLC**
a Nevada limited liability company

MEMBER:

Wendover Resorts Operator, LLC
a Nevada limited liability company

By: _____
Eric Persson
Manager

MANAGER:

By: _____
Eric Persson
Manager

*[Signature Page to Written Consent of Wendover Nugget Operator, LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**GOLD COUNTRY OPERATOR, LLC**
a Nevada limited liability company


MEMBER:

Elko Resorts Operator, LLC
a Nevada limited liability company

By: _____
Eric Persson
Manager


MANAGER:

By: _____
Eric Persson
Manager

[*Signature Page to Written Consent of Gold Country Operator, LLC*]

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**RED LION OPERATOR, LLC**
a Nevada limited liability company

MEMBER:

Elko Resorts Operator, LLC
a Nevada limited liability company

By: _____
Eric Persson
Manager

MANAGER:

By: _____
Eric Persson
Manager

*[Signature Page to Written Consent of Red Lion Operator, LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**HIGH DESERT OPERATOR LLC**
a Nevada limited liability company

MEMBER:

Elko Resorts Operator, LLC
a Nevada limited liability company

By: Eric Persson
Manager

MANAGER:

By: Eric Persson
Manager

*[Signature Page to Written Consent of High Desert Operator LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**COLORADO RESORTS OPERATOR, LLC**
a Nevada limited liability company

MEMBER:

By:

Eric Persson
Manager

MANAGER:

By:

Eric Persson
Manager

*[Signature Page to Written Consent of Colorado Resorts Operator LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**JOHNNY Z CASINO OPERATOR LLC**
a Nevada limited liability company

MEMBER:

Colorado Resorts Operator, LLC
a Nevada limited liability company

By: _____
    Eric Persson
    Manager

MANAGER:

By: _____
    Eric Persson
    Manager

*[Signature Page to Written Consent of Johnny Z Casino Operator LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**GRAND Z CASINO OPERATOR LLC**
a Nevada limited liability company

MEMBER:

Colorado Resorts Operator, LLC
a Nevada limited liability company

By: _____
Eric Persson
Manager

MANAGER:

By: _____
Eric Persson
Manager

*[Signature Page to Written Consent of Grand Z Casino Operator LLC]*

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

**Z CASINO BLACK HAWK OPERATOR LLC**
a Nevada limited liability company

MEMBER:

Colorado Resorts Operator, LLC
a Nevada limited liability company

By: _____
     Eric Persson
     Manager

MANAGER:

By: _____
     Eric Persson
     Manager

*[Signature Page to Written Consent of Z Casino Black Hawk Operator LLC]*